# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY OF AMERICA, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 5:12-CV-00034-RLV-DSC |
| vs. | ) ) ) | |
| CHANDLER CONCRETE CO., INC. BUILDERS FIRSTSOURCE SOUTHEAST GROUP, LLC WILLIAMS GENERAL CONTRACTING, INC. LAKEY'S BACKHOE SERVICE, INC. H2H COMMERCIAL LLC CHARLES W. CARTER PLUMBING, INC. GLEN WILDE, LLC RAMON TOLEDO GARCIA ALAN S. MORRIS TRI-COUNTY PAVING, INC. SHARP STONE SUPPLY, INC. PLYLER SUPPLY COMPANY, INC. NEW RIVER BUILDING SUPPLY, INC. AKERS CONSTRUCTION & ELECTRIC, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2015, Order.

Signed:  March 31, 2015

Frank G. Johns, Clerk
United States District Court